JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTISE COLLINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. LUNDY, ET AL.,<br><br>　　　　Defendants. | Case No. 2:24-cv-03210-CAS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 18, 2024

*Christina A. Snyder*

———————————————
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE